IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-CR-00198-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| SAMER FAKHRI OTHMAN | ) | |

For good cause having been shown upon the motion of the Respondent to file its response to Defendant's pro se Motion for Return of Seized Property out of time, it is hereby ORDERED that the Respondent's motion is GRANTED and Respondent's Response filed on April 27, 2026 [D.E. 87] is allowed.

This __28th__ day of May, 2026.

_____
LOUISE W. FLANAGAN
United States District Judge